757 S.E.2d 528

In the Matter of Daniel Nathan HUGHEY, Respondent.

Appellate Case No. 2014–000411.

Supreme Court of South Carolina.

April 17, 2014.

## ORDER

Based on motion, this Court has lifted the interim suspension of respondent.

/s/Jean H. Toal C.J.
FOR THE COURT